IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TILLIE RUTH WALLEY TREST STEEPLES,

       Petitioner,

v.                                                                                                 4:08cv39-WS

WARDEN PAIGE AUGUSTINE,

       Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's amended report and recommendation docketed August 27, 2008. See Doc. 13. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus (doc. 5) be denied without prejudice. No objections have been filed.

       Having considered the record, this court has determined that the recommendation should be adopted.

       Accordingly, it is ORDERED:

       1. The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference in this order of the court.

2.  The petitioner's amended petition for writ of habeas corpus (doc. 5) is DENIED without prejudice.

3.  The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   26th   day of   September  , 2008.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE